AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| JAMES BAUM, individually and on behalf of all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-09073 |
| ALPHA BAKING CO., INC, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff James Baum .

Date: 01/14/2026

/s/ Josh Sanford
*Attorney's signature*

Josh Sanford, Arkansas Bar No.: 2001037
*Printed name and bar number*

10800 Financial Centre Pkwy., Ste. 510
Little Rock, Arkansas 72211
*Address*

josh@sanfordlawfirm.com
*E-mail address*

(501) 221-0088
*Telephone number*

(888) 276-3455
*FAX number*