IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES BAUM, individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff*, | § § | CASE NO. 1:25-cv-09073 |
| vs. | § § § | |
| ALPHA BAKING CO., INC, | § § § | |
| *Defendant*. | § § § § § | |

## JOINT STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Baum ("Plaintiff") hereby files his Notice of Voluntary Dismissal of his claims against Defendant Alpha Baking Co, Inc., without prejudice.

Date: January 14, 2026

Respectfully submitted,

/s/ *Josh Sanford*_____
Josh Sanford
Ark. Bar No. 2001037
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy,
Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 276-3455
josh@sanfordlawfirm.com

/s/ *Howard S. Abrams*
Howard S. Abrams
ARDC #6288905
Law Office of Howard S. Abrams LLC
105 W. Madison, Suite 1300

1

Chicago, IL 60603
(312)985-7368
(312)896-9480
howard@howardabramslaw.com

**ATTORNEY FOR PLAINTIFF AND THE PUTATIVE CLASS**

*/s/ Christopher Dodrill*
Christopher Dodrill
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
(214) 665-3600
Email: dodrillc@gtlaw.com

*/s/ Aaron Seth Klein*
Aaron Seth Klein
Greenberg Traurig, LLP
Litigation
360 North Green Street
Suite 1300
Chicago, IL 60607
312-456-8400
Email: kleina@gtlaw.com

**ATTORNEYS FOR DEFENDANT ALPHA BAKING CO., INC.**

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 14th day of January 2026, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF program, effectuating service on all counsel of record.

              */s/ Josh Sanford*
              Josh Sanford