IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BAUM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>ALPHA BAKING CO., INC,<br><br>*Defendant*. | §<br>§<br>§<br>§ CASE NO. 1:25-cv-09073<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### [proposed] ORDER GRANTING JOINT STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff James Baum's Voluntary Dismissal of his claims against Defendant Alpha Baking Co., Inc.

IT IS HEREBY ORDERED that Plaintiff James Baum's voluntary dismissal of his claims against Alpha Baking Co., Inc., without prejudice is GRANTED.

Signed on this _____ day of _____. 2026.

_____
Honorable Judge Mary M. Rowland